Katherine Eitenmiller, OSB # 145731
Robert A. Baron, OSB # 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BROOKE S. KILBANE, | ) |
| | ) Case No. 6:16-cv-00538-MC |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER FOR PAYMENT OF ATTORNEY |
| COMMISSIONER, | ) FEES PURSUANT TO EAJA & COSTS |
| Social Security Administration | ) PURSUANT TO 28 U.S.C § 1920 |
| | ) |
| | ) |
| Defendant, | ) |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,945.27 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $400.00, for the filing fee, pursuant to 28 U.S.C § 1920. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, Harder, Wells, Baron & Manning, P.C., if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no expenses to be paid herein.

Dated this 7 day of ~~November~~ December 2017.

_____
U.S. District Judge/Magistrate

PRESENTED BY:
s/ Katherine Eitenmiller
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff